

x



Hi! Sign in or register | Daily Deals | Sell | Customer Support | GIFTS FOR GRADS Shop now ▶ | My eBay

ebay | Shop by category | All Categories | Search

Back to Store | Listed in category: Health & Beauty > Natural & Homeopathic Remedies > Ion Foot Baths



FREE SHIPPING

Click to view larger image

Have one to sell? **Sell it yourself**

### New Pro Dual User LCD MP3 Ionic Detox Cell Ion Foot Bath Spa Cleanse Machine
100%-BRAND-NEW**NEWEST-VERSION**WARRANTY***READ-AD-LOOK

| Add to watch list

Seller : **zippywellness** (12269   )  99% Positive feedback
☆ Follow this seller  |  See other items  |  Visit store: Zippy Wellness

Item condition: **New**

Quantity: 1    More than 10 available / **480 sold**

Price: **US $105.99**    **Buy It Now**

**Add to cart**

219 watchers    Add to watch list

Add to collection

**Experienced** Seller | **Free** Shipping | **Limited quantity remaining**

**BillMeLater** Spend $99+ and get 6 months to pay
Subject to credit approval.  See terms

Shipping: **FREE** Standard Shipping | See details
Item location: United States
Ships to: Worldwide See exclusions

Delivery: On or before **Wed. May. 21** to 92618
Estimated by eBay **FAST 'N FREE**

Payments: PayPal, Bill Me Later | See details

Returns: 30 days money back, buyer pays return shipping | See details
Guarantee:                                           | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

---

**Description** | Shipping and payments                                  Print  |  Report item

eBay item number:  230947946866

Seller assumes all responsibility for this listing.
Last updated on  May 15, 2014 09:20:25 PDT  View all revisions

**Item specifics**

Condition:  New: A brand-new, unused, unopened, undamaged item
(including handmade items). See the seller's listing
... Read more

EXHIBIT 1
Page 10

1 of 4                                                                            5/15/2014 2:20 PM





**2013 Ion Melody
Dual-user Cell Spa
Foot Bath Machine
MSRP $2,199.99**

Enjoy deluxe spa-treatments in the privacy of your own home! This dual-user unit will operate two ionic foot-baths at the same time; use it by yourself, or with someone else. In addition, this contains a built-in MP3 player. Everything needed for use is included, except for a small container to hold your soaking water.

Exclusive Zippy Wellness user-manual included!
Comparable to professional spa equipment!
Easy-to-read LEDs indicate elapsed time, mode & power!
MP3 playback! Listen to your favorite music!







Includes 2 activator arrays; these generate ions in your soaking water!

Dual-user machine! Use by yourself, or power 2 foot-baths at once!

Built-in music player! Earphones for 1 or 2 users! USB-cord to load music!

1-year warranty on this machine. Please see our eBay store page entitled "Return and Warranty Policy" for details & terms.

**Note: We have inspected & used many different ion foot-bath machines, and many of them have one thing in common; a lousy user's manual. There is nothing worse than buying a product, only to be frustrated when you go to use it. To solve this problem, we have written a simplified manual on the complete use, adjustment, and settings of this machine. This manual is in plain, easy-to-understand English, and with its guidance, you'll be using your unit within minutes of un-boxing it!**

| Features & Benefits: | Item Includes: |
|---|---|
| Latest 2013 version | Ion Melody Machine |
| Digital indicators for elapsed time, mode & power | 2 activator arrays |
| Three power modes | 2 - sets of earphones |
| Max-quality, dual-coil arrays; stainless-steel internals | 2 - wrist straps |
| Re-usable arrays are rated for up to 100, 15min. sessions | USB cable to upload music |
| (15-30 minute sessions recommended) | Grounded power cord (6') |
| Includes 2, quick-detach, anti-static, 6' wrist-straps | Spare fuses (2) |

### Questions and answers about this item
No questions or answers have been posted about this item.

Ask a question

### People who shopped for this item also looked at

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Dr. Group's Detox Foot Pads by Global... | 100 Detox Foot Pads Patch Detoxify Toxi... | 14 Kinoki Detox Foot Pads + 6 Eye Patch... | Kinoki Herbal Detox Foot Pads... | #09/ Deto |
| $29.99 | $15.90 | $7.50 | $6.95 | $3. |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now | 7 bid |
| Free shipping | Free shipping | | Free shipping | Free |

### See what other people are watching 1/5

Feedback on our suggestions

    

| | | | | |
|---|---|---|---|---|
| New Pro Fir Belt LCD Ionic Cell Detox Ion... | 10 Round Detox Foot Bath Arrays Stainle... | ION IONIC DETOX FOOT Bath CLEANSE SPA... | Japanese Foot Detox Spa Bath Bucket T... | Max Pacl |
| $99.99 | $55.99 | $108.95 | $29.99 | $38 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now | Buy |
| Free shipping | Free shipping | Free shipping | Free shipping | Free |

### Sponsored Links

    

| | | | | |
|---|---|---|---|---|
| Foot Detox Cleansing Pads, 5 | Foot Detox Cleansing Pads, 30 | Detox Foot Patches | Foot Detox Cleansing Pads, 2 | 10 Cleansing Detox Foot Pads |
| $5.00 | $20.00 | $29.99 Free Shipping | $10.00 | $12.00 |
| Sears Marketplace | Sears Marketplace | AmeriMark | Sears Marketplace | Sears Marketplace |



EXHIBIT 1
Page 12

3 of 4   5/15/2014 2:20 PM

AdChoice

[Back to Store]    [Return to top]

Related buying guides : Benefits of Detox Foot Baths- How to Cleanse your Body, Detox Machine Technology Revealed NOT To Be a Hoax

More to explore : Ionic Foot Detox, Ion Cell Cleanse, Ionic Foot Detox Machine, Ion Detox Machine, Ion Ionic Detox Foot, Diamond Microdermabrasion Machine New Spa, Ion Detox Array, Foot Detox, Arbonne Detox Spa, Detox Foot Spa Array

Community   About eBay   Announcements   eBay Money Back Guarantee   Security Center   Resolution Center   Seller Information Center   Policies
Site Map   eBay official time   Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.